**UNPUBLISHED ORDER**

Not to be cited per Circuit Rule 53

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

September 20, 2005

*Before*

Hon. Richard D. Cudahy, *Circuit Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

No. 03-3202

| | |
|---|---|
| LISA WILLIAMS-LINDSEY, <br>     Plaintiff-Appellant, <br><br>     *v.* <br><br> NATIONAL CAR RENTAL SYSTEM, <br> INCORPORATED, <br>     Defendant-Appellee. | Appeal from the United States District Court for the Central District of Illinois. <br><br> No. 99 C 4101 <br><br> Joe Billy McDade, *Judge*. |

**O R D E R**

The appellant's brief contains no argument. The portion of the brief labeled argument merely incorporates by reference briefs filed by the appellant in the district court. Briefs are forbidden to incorporate by reference other documents—not only because the appellate judges often will not have ready access to them, and not only because briefs filed in a lower court will not adequately frame the issues for the appellate court, but also because incorporation creates problems with enforcing the limits on the length of briefs.

This is not a novel rule, but a long-established one that the appellant's lawyer could have no excuse for flouting. See *Albrechtsen v. Board of Regents*, 309 F.3d 433, 436 (7th Cir. 2002); *Fleming v. Kane County*, 855 F.2d 496, 498 (7th Cir. 1988); *Hunter v. Allis-Chalmers Corp.*, 797 F.2d 1417, 1430 (7th Cir. 1986).

AFFIRMED